United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 03-20196
Conference Calendar

———————————

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

ROBERTO MORENO-LARIOS,

                                          Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-697-2
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Roberto Moreno-Larios has

requested leave to withdraw as counsel and has filed a brief

as required by Anders v. California, 386 U.S. 738 (1967).

Moreno-Larios has not filed a response.  Our independent review

of the brief and record discloses no nonfrivolous issue.

Accordingly, counsel's motion for leave to withdraw is GRANTED,

counsel is excused from further responsibilities herein, and the

APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.